# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --             )
                                  )

Accel Pacific Joint Venture       )      ASBCA No. 61507
                                  )

Under Contract No. W912QR-13-C-0024    )

APPEARANCE FOR THE APPELLANT:       David A. Rose, Esq.
                                                Rose Consulting Law Firm
                                                Valdosta, GA

APPEARANCES FOR THE GOVERNMENT:      Michael P. Goodman, Esq.
                                                  Engineer Chief Trial Attorney
                                                  Nicole E. Angst, Esq.
                                                  Engineer Trial Attorney
                                                  U.S. Army Engineer District, Louisville

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: October 1, 2019

CHRISTOPHER M. MCNULTY
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61507, Appeal of Accel Pacific Joint Venture, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals